Hon. Abel Acosta, Clerk

Court of Criminal Appeals

P.O. Box 12308, Capitol Station

Austin, Texas 78711

4/5/15

29,572-10,11

RE: Cause No. 12-02861-CRF-272, Brazos County, Writ no.
29,572-10. C.C.A.

Dear Mr. Acosta,

Please be advised that I left the Segovia Unit on March 23rd, 2015 and have been re-assigned to the T.R. Havins Unit, 500 F.M. 45 East, Brownwood, Texas 76801.

Thank you for your attention to this matter.

Very Truly Yours.

Thomas Blanchard

Relator.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 1 0 2015

Abel Acosta, Clerk